

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-13-00384-CV

REGINALD L. GILFORD, SR., Appellant

V.

TEXAS FIRST BANK, Appellee

Appeal from the 10th District Court of Galveston County.   (Tr. Ct. No. 12-CV-0142).

**TO THE 10TH DISTRICT COURT OF GALVESTON COUNTY, GREETINGS:**

Before this Court, on the 10th day of July 2014, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on January 30, 2013.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.   Accordingly, the Court **affirms** the trial court's judgment.
>
> The Court **orders** that the appellant, Reginald L. Gilford, Sr., pay all appellate costs.
>
> The Court **orders** that this decision be certified below for observance.

Judgment rendered July 10, 2014.

Panel consists of Justices Keyes, Sharp, and Huddle.   Opinion delivered by Justice Keyes.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

April 24, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

